To: David J. Bradley, Clerk
Southern District of TX. McAllen Division
1701 W. Bus Hwy 83 Ste. 1011
McAllen TX. 78501



From: Carlos Omar Martinez Rivera #01376055
Allred Unit
2661 FM 369 N.
Iowa Park TX. 76367

September 13, 2019

Re: 2254 Federal Petition

Dear Clerk:

Enclosed, please find the following documents requesting to be filed:

(1) 2254 Federal Habeas Corpus
(1) Memorandum of Law
(1) $5.00 Filing Fee

These documents are arriving in separate envelopes but all at the same time upon receipt thereof can you please file said documents and then notify petitioner when documents have been received.

Sincerely,
/s/ Rivera Carlos